1004

No. 77–5623. EDENS *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. Appeal from C. A. 4th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–5659. BAD HEART BULL ET AL. *v.* SOUTH DAKOTA. Appeal from Sup. Ct. S. D. Motion of appellants to dismiss information denied. Appeal dismissed for want of substantial federal question.

No. A–545 (77–885). COMMISSIONER OF EDUCATION OF NEW JERSEY ET AL. *v.* BOARD OF EDUCATION OF THE NORTH HUNTERDON REGIONAL HIGH SCHOOL, TOWNSHIP OF FRANK-LIN, ET AL. Sup. Ct. N. J. Application for stay, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–563. WESTERN UNION INTERNATIONAL, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. Application for stay of mandate of the United States Court of Appeals for the Second Circuit and stay of orders and authorizations of the Federal Communications Commission, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. Order heretofore entered by MR. JUSTICE MARSHALL on December 30, 1977, is vacated.

No. D–130. IN RE DISBARMENT OF SPURLARK. It is ordered that Royal E. Spurlark, Jr., of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.